IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE RANGER PICKETT, AIS # 128361, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>KIM THOMAS, *et al.*, )<br>)<br>   Defendants. ) | CIV. ACT. NO. 2:13cv091-TMH<br>(WO) |

**OPINION and ORDER**

On May 31, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 6). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice for the plaintiff's failure to file an amendment to his complaint as directed by the orders of the court.

Done this the 21st day of August, 2013.

                               /s/ Truman M. Hobbs
                               TRUMAN M. HOBBS
                               SENIOR UNITED STATES DISTRICT JUDGE